IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOBBI J. WILSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant. | 1:08-cv-01933 GSA<br><br>ORDER TO SHOW CAUSE |

On December 16, 2008, Plaintiff filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of an application for benefits. On December 17, 2008, the Court issued a Scheduling Order. (Doc. 7). The Scheduling Order states that within 120 days after service Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. In the event Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief. Thereafter, Defendant is to file a response to Plaintiff's opening brief within thirty days. (Doc. 7, ¶¶ 2-7).

//

1

1  On May 12, 2009, Defendant lodged the administrative record. (Doc. 11). On August 21, 2009, Plaintiff filed his opening brief. (Doc. 13.) To date, Defendant has failed to file an opposition brief, nor have the parties stipulated to an extension of time for such filing.

Therefore, Defendant is ordered to show cause why sanctions should not be imposed for a failure to comply with the Scheduling Order of December 17, 2008. Defendant is ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order. If Defendant desires more time within which to file an opposition brief, Defendant should so state in its response.

Failure to respond to this Order to Show Cause could result in the imposition of sanctions.

IT IS SO ORDERED.

**Dated:   January 11, 2010**              **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE